No. A–300 (88–2043). BALILES, GOVERNOR OF VIRGINIA, ET AL. *v.* VIRGINIA HOSPITAL ASSN. C. A. 4th Cir. [Certiorari granted, *ante*, p. 808.] Application for stay of District Court proceedings, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.

No. D–814. IN RE DISBARMENT OF BERNSTEIN. It is ordered that Zale A. Bernstein, of Fort Lauderdale, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–815. IN RE DISBARMENT OF SHIMEK. It is ordered that Paul Shimek, Jr., of Pensacola, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–816. IN RE DISBARMENT OF CHANDLER. It is ordered that Robert Thomas Chandler, of Spokane, Wash., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–817. IN RE DISBARMENT OF SINGER. It is ordered that Phillip Singer, of Beverly Hills, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–818. IN RE DISBARMENT OF SAUL. It is ordered that Edwin S. Saul, of Encino, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–819. IN RE DISBARMENT OF CHANG. It is ordered that Timothy Theodore Chang, of El Segundo, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.